[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  13-15375
Non-Argument Calendar
_____

D.C. Docket No. 3:09-cr-00373-HLA-JRK-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BENJAMIN CAINE,
a.k.a. Foolish,
a.k.a. Benji,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 27, 2014)

Before TJOFLAT, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Benjamin Caine in this appeal of

his revocation of supervised release and his resulting sentence, has moved to

withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Caine's revocation and his resulting sentence are **AFFIRMED**.